IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN C. SMITH, | ) |
| Plaintiff, | ) |
| v. | ) CV NO. 03-4179-JPG |
| RUDD EQUIPMENT CO., a corporation, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Stipulation for Dismissal signed by counsel for the parties;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   August 17, 2005

NORBERT JAWORSKI, CLERK

 s/ Judith Prock
**Deputy Clerk**

**APPROVED:** s/ J. Phil Gilbert
**U. S. DISTRICT JUDGE**